**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**CIVIL ACTION NO. 06-218-WOB**

FRANK MUSIC CORPORATION, et al.,                              PLAINTIFFS

V.

GREENWAVE, LLC., et al.,                                          DEFENDANTS

**MEMORANDUM ORDER**

On June 5, 2007, the court conducted a settlement conference but the parties were unable to resolve their differences.  Following that conference the court directed defendant Sharon Streck to provide certain financial information concerning the defendant company on or before June 15, 2007.  On June 26, 2007, the court conducted a follow-up telephone conference because the defendants had not supplied their financial documents to the plaintiffs as directed.  A second order of the same date ordered *pro se* defendant Sharon Streck to "promptly provide Plaintiff with the requested financial information," with plaintiffs to notify the court on or before July 31 only if a further conference was necessary.

On July 31, plaintiffs filed a status report which advises that notwithstanding the two prior orders of this court, defendant Sharon Streck has continued to fail to provide any financial information or documents regarding Greenwave, LLC and/or Coco's.  Defendant Streck spoke to defense counsel on July 26 by telephone to request an extension of time, whereupon counsel asked her to put her request in writing.  Defendant Streck agreed to send a letter to the court but none has been received or filed.   In a continuing attempt to secure the oft-requested documents, plaintiffs seek a further conference with the court.

*Pro se* parties are not excused from their obligation to comply with the orders of this

court.  As defendant Streck has now twice failed to provide the financial information in disregard of this court's orders, she will be required to appear to provide the requested information in person.  However, if she files a Notice of Compliance with the court's order and certifies that the requested documents have been served on plaintiffs' counsel on or before August 24, 2007 she will not be required to personally appear but may participate by telephone.

Accordingly **IT IS ORDERED:**

1.  Plaintiffs' status report of July 31, 2007 is construed as a motion to compel defendants to produce the requested financial information and is **granted**;

2.  Unless defendant Streck complies with paragraph 3 of this order she shall personally appear before the undersigned magistrate judge on **August 29, 2007 at 11:00 a.m.** for a discovery status conference and shall bring with her all of the requested financial documents at that time;

3.  If defendant Streck files a Notice of Compliance with the court's order on or before **August 24, 2007** which certifies that the requested documents have been served on plaintiffs' counsel prior to that date[1] she will not be required to personally appear but may instead participate in the August 29 conference via telephone;

4.  Regardless of the method of defendant Streck's appearance, plaintiffs at their option may appear through counsel in person or by telephone at the August 29 status conference;

5.  Defendant Streck is forewarned that a failure to appear or to produce the referenced documents in compliance with this order may result in sanctions being issued by this court.

---

[1]A Notice of Compliance certifying service of the documents is sufficient; the confidential financial documents - as discovery material - are not required to be filed in the record.

2

This 7th day of August, 2007.

Signed By:

*J. Gregory Wehrman*

United States Magistrate Judge